# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146325

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM JESSIE BROWN,
        Defendant-Appellant.

SC: 146325
COA: 306201
Berrien CC: 2011-000777-FC

_____/

      On order of the Court, the application for leave to appeal the October 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325